**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-6061**

―――――――――――

CASEY RAFAEL TYLER,

        Plaintiff - Appellant,

    v.

PAMELA ROUSE; TODD ISHEE; JAMES H. CLARE,

        Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03146-D)

―――――――――――

Submitted:  August 27, 2024                    Decided:  August 30, 2024

―――――――――――

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Casey Rafael Tyler, Appellant Pro Se.  Kenneth L. Jones, CARRUTHERS & ROTH, PA, Greensboro, North Carolina, for Appellees Kenneth L. Jones and James H. Clare.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's orders granting Defendants' motions for summary judgment, denying Tyler's motion for summary judgment, and denying Tyler's motion for reconsideration in his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Tyler v. Rouse*, No. 5:22-ct-03146-D (E.D.N.C. Nov. 7, 2023; Jan. 8, 2024). We deny Tyler's motions for initial hearing en banc and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*